UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GORDON TIBBITS and ROBIN VANLANDINGHAM, and the marital community composed thereof,<br><br>              Plaintiffs,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, a foreign corporation,<br><br>              Defendants. | Case No. C25-2166-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO STAY LITIGATION |

This matter comes before the Court on the parties' Stipulated Motion to Stay Litigation, Dkt. #9. The Court has reviewed the Motion and is fully apprised of the same, as well as the Court file herein. Accordingly, the Court hereby ORDERS THAT:

1. The parties' Stipulated Motion to Stay Litigation, Dkt. #9, is GRANTED.

2. All proceedings and discovery in this case are stayed until April 3, 2026.

3. If the claim remains unresolved, then on or before April 3, 2026, the parties will file either: (i) a stipulated motion to continue stay or (ii) a Combined Joint Status Report and Discovery Plan.

4. Either party may move to lift the stay upon 30 days' notice to the opposing party.

DATED this 5th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO STAY LITIGATION - 1