UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GORDON TIBBITS and ROBIN VANLANDINGHAM, and the marital community composed thereof,

                Plaintiffs,

          v.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, a foreign corporation,

                Defendant.

Case No. C25-2166-RSM

ORDER GRANTING STIPULATED MOTION TO CONTINUE STAY OF LITIGATION

This matter comes before the Court on the parties' Stipulated Motion to Continue Stay of Litigation.  Dkt. #11.  The Court has reviewed the Motion and is fully apprised of the same, as well as the Court file herein.  Accordingly, the Court hereby ORDERS:

1.  The parties' Stipulated Motion to Continue Stay is GRANTED;

2.  All proceedings and discovery in this case are stayed until June 2, 2026;

3.  If the claim remains unresolved, then on or before June 2, 2026, the parties will file a Combined Joint Status Report and Discovery Plan; and

4.  Either party may move to lift the stay upon 30 days' notice to the opposing party.

DATED this 3rd day of April, 2026.

_____
Ricardo S. Martinez
United States District Judge

ORDER GRANTING STIPULATED MOTION TO STAY LITIGATION - 1